# IN THE SUPREME COURT OF THE STATE OF NEVADA

DANNY TAYLOR,
           Appellant,

vs.

THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS;
SERGEANT GENTRY; OFFICER
AARON HARROUN; RICHARD
WEIRSMA; AND ROBERT LEGRAND,
WARDEN,
           Respondents.

No. 81495

**FILED**

AUG 07 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying appellant's motion for the appointment of counsel. Eleventh Judicial District Court, Pershing County; Jim C. Shirley, Judge.

The judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order denying a motion for the appointment of counsel. This court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

20-29116

cc: Hon. Jim C. Shirley, District Judge
Danny Taylor
Attorney General/Carson City
Pershing County Clerk